| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>780629<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for THE BANK OF NEW YORK MELLON<br>TRUST COMPANY, N.A., AS SUCCESSOR-IN-<br>INTEREST TO ALL PERMITTED SUCCESSORS AND<br>ASSIGNS OF JPMORGAN CHASE BANK N.A. AS<br>TRUSTEE, FOR CERTIFICATEHOLDERS OF<br>NOMURA ASSET ACCEPTANCE CORPORATION,<br>MORTGAGE PASS-THROUGH CERTIFICATES,<br>SERIES 2005-AR2 | **Order Filed on April 26, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>    ROY A. MCLEAN DBA MILLIENIUM MARTIAL<br>    ARTS ACADEMY<br><br>    Debtor | Case No.: 16-25642 - SLM<br><br>Hearing Date: 04/26/2017<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

<div style="border:1px solid">

Recommended Local Form: ☐ Followed  ☒ Modified

</div>

### ORDER VACATING STAY

········    The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2017**

*Stacey L. Meisel* (signature)

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 109 NESBIT TERRACE, IRVINGTON, NJ 07111 N/K/A 109 NESBIT TERR, IRVINGTON, NJ 07111-2330

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-25642-SLM
Roy A. McLean                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Apr 27, 2017
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db              +Roy A. McLean,   109 Nesbit Terr,   Irvington, NJ 07111-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Roy A. McLean him@lawmarcus.com
          James Patrick Shay    on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
           SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS
           TRUSTEE, FOR CERTIFICATEHOLDERS ET.AL. james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
           SUCCESSOR-IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS
           TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTA james.shay@phelanhallinan.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor   THE BANK OF NEW YORK MELLON TRUST
           COMPANY, N.A., AS SUCCESSOR-IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN
           CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTA nj.bkecf@fedphe.com
                                                                              TOTAL: 6