Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−25642−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roy A. McLean
   dba Millienium Martial Arts Academy
   109 Nesbit Terr
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−7523

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/10/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2017
JAN: axg

          Jeanne Naughton
          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-25642-SLM
Roy A. McLean                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: May 10, 2017
                              Form ID: 148                Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db         +Roy A. McLean,   109 Nesbit Terr,   Irvington, NJ 07111-2330
cr         +BMW Financial Servicces, NA,   Ascecnsion Capital Group,   PO Box 201347,
             Arlington, TX 76006-1347
cr         +THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., A,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516340883   America's Servicing Company,   PO Box 10388,   Des Moines, IA 50306-0388
516340887   Capital One,   Po Box 30285,   Po Box 62180,   Salt Lake City, UT 84130
516340889  +Essex County Probation Division,   60 Evergreen Place 8th Floor,   East Orange, NJ 07018-2119
516340895  +Mohela/Dept of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
516340897  +Nadine Munoz,   29N 28th Street,   Las Vegas, NV 89101-4667
516340900  +Specialized Loan Servicing/SLS,   Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
516340901   State of New Jersey,   PO Box 245,   Trenton, NJ 08602-0245
516549478   THE BANK OF NEW YORK MELLON TRUST COMPANY et.al.,   Wells Fargo Bank, N.A.,
             Default Document Processing,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516553427  +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516553472  +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:23      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516340886   EDI: BMW.COM May 10 2017 22:18:00      BMW Financial Services,   5515 Parkcenter Cir,
             Dublin, OH 43017
516349518  +EDI: AISACG.COM May 10 2017 22:18:00      BMW Financial Services NA, LLC,
             c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
516340884  +EDI: TSYS2.COM May 10 2017 22:18:00      Barclays Bank Delaware,   Po Box 8801,
             Wilmington, DE 19899-8801
516340885  +EDI: TSYS2.COM May 10 2017 22:18:00      Barclays Bank Delaware,   Po Box 8803,
             Wilmington, DE 19899-8803
516340888   EDI: CAPITALONE.COM May 10 2017 22:18:00      Capital One,   15000 Capital One Dr,
             Richmond, VA 23238
516410728   EDI: CAPITALONE.COM May 10 2017 22:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC 28272-1083
516491155   EDI: BL-BECKET.COM May 10 2017 22:19:00      Capital One NA,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
516691182  +E-mail/Text: bncmail@w-legal.com May 10 2017 22:31:31      Cerastes, LLC,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
516340890  +EDI: IRS.COM May 10 2017 22:18:00      Internal Revenue Service,
             Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516340892  +EDI: CBSKOHLS.COM May 10 2017 22:18:00      Kohls/Capital One,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-5660
516340891  +EDI: CBSKOHLS.COM May 10 2017 22:18:00      Kohls/Capital One,   Po Box 3120,
             Milwaukee, WI 53201-3120
516501761   EDI: MERRICKBANK.COM May 10 2017 22:18:00      MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
516340894  +EDI: MERRICKBANK.COM May 10 2017 22:18:00      Merrick Bank/Geico Card,   Po Box 9201,
             Old Bethpage, NY 11804-9001
516340893  +EDI: MERRICKBANK.COM May 10 2017 22:18:00      Merrick Bank/Geico Card,   Po Box 23356,
             Pittsburg, PA 15222-6356
516572710   EDI: PRA.COM May 10 2017 22:18:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
             POB 41067,   Norfolk VA 23541
516572725   EDI: PRA.COM May 10 2017 22:18:00      Portfolio Recovery Associates, LLC,   c/o Juniper,
             POB 41067,   Norfolk VA 23541
516340898  +E-mail/Text: bankruptcy@prosper.com May 10 2017 22:31:48      Prosper Marketplace Inc,
             Po Box 396081,   San Francisco, CA 94139-6081
516340899  +E-mail/Text: bankruptcy@prosper.com May 10 2017 22:31:48      Prosper Marketplace Inc,
             101 2nd St Fl 15,   San Francisco, CA 94105-3672
516569440  +E-mail/Text: bncmail@w-legal.com May 10 2017 22:31:31      Prosper Marketplace Inc.,
             C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
516340904   E-mail/Text: vci.bkcy@vwcredit.com May 10 2017 22:31:31      Volkswagon Credit,   PO Box 3,
             Hillsboro, OR 97123
516340903  +E-mail/Text: vci.bkcy@vwcredit.com May 10 2017 22:31:31      Volkswagen Credit, Inc,
             1401 Franklin Blvd,   Libertyville, IL 60048-4460
516340902  +E-mail/Text: vci.bkcy@vwcredit.com May 10 2017 22:31:31      Volkswagen Credit, Inc,   Po Box 3,
             Hillsboro, OR 97123-0003
                                                                                              TOTAL: 24

```
District/off: 0312-2           User: admin                Page 2 of 2                    Date Rcvd: May 10, 2017
                               Form ID: 148               Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., A,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516691183*   +Cerastes, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
               Seattle, WA 98121-3132
516340896*   +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
                                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Roy A. McLean him@lawmarcus.com
              James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
               SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS
               TRUSTEE, FOR CERTIFICATEHOLDERS ET.AL. james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
               SUCCESSOR-IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS
               TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTA james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST
               COMPANY, N.A., AS SUCCESSOR-IN INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN
               CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTA nj.bkecf@fedphe.com
                                                                                             TOTAL: 6
```