Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

       Case No.: 16−25642−SLM
       Chapter: 13
       Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roy A. McLean
  dba Millienium Martial Arts Academy
  109 Nesbit Terr
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−7523

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 12, 2017</u>                  <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court